NUMBER
13-06-055-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

OFELIA MORENO,                                                                            Appellant,

 

                                                             v.

 

ALDO RAMIREZ, ET
AL.,                                                                 Appellees.

__________________________________________________________________

 

                             On
appeal from the 197th District Court

                                       of
Cameron County, Texas.

__________________________________________________________________

 

                              MEMORANDUM
OPINION

 

                       Before
Justices Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 








Appellant, OFELIA MORENO, perfected an appeal from a judgment entered by the 197th District Court of Cameron County, Texas, in
cause number 2004-07-3667-C. 
No clerk=s record has been filed due to appellant=s failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record.  

If the trial
court clerk fails to file the clerk=s record because the appellant failed to pay or make
arrangements to pay the clerk=s fee for preparing the clerk=s record, the appellate court may dismiss the appeal
for want of prosecution unless the appellant was entitled to proceed without
payment of costs.  Tex. R. App. P. 37.3(b).

On March
8, 2006, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 37.3(b).  Appellant was given ten days to explain why
the cause should not be dismissed.  To
date, no response has been received from appellant. 

The Court, having
examined and fully considered the documents on file, appellant=s failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record, 
this Court=s notice, and appellant=s failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 15th
day of June, 2006.